IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOANNE JORDAN,

   Appellant,

                Case No.  5D21-2104

v.             LT Case No. 2020-CA-109

WINN DIXIE STORES, INC.,
A FLORIDA PROFIT COMPANY,

   Appellee.
_____/

Decision filed July 12, 2022

Appeal from the Circuit Court
for Putnam County,
Kenneth James Janesk, Judge.

Brian J. Lee, of Morgan & Morgan,
Jacksonville, for Appellant.

Joseph B. Stokes, III, and Angelica
L. Inclan, of Saalfield Shad, P.A.,
Jacksonville, for Appellee.


PER CURIAM.

  AFFIRMED.


LAMBERT, C.J., SASSO and WOZNIAK, JJ., concur.